UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 JUN 22  A 10: 17

_____
BY DEPUTY CLERK

DEREK LEROY MCSMITH

VERSUS                                              CIVIL ACTION

T. JOHNSON                                          NUMBER 07-355-JVP-DLD

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, _____June 21_____, 2007.

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEREK LEROY MCSMITH

VERSUS

T. JOHNSON

CIVIL ACTION

NUMBER 07-355-JVP-DLD

## MAGISTRATE JUDGE'S REPORT

Plaintiff Derek Leroy McSmith filed this action presumably pursuant to 42 U.S.C. § 1983 against Baton Rouge City Police Officer T. Johnson. Plaintiff alleged that he was arrested without probable cause in violation of his Fourth Amendment rights. Plaintiff sought monetary damages for the alleged false arrest.

Plaintiff raised an identical claim against the same defendant in *Derek Leroy McSmith v. City of Baton Rouge*, CV 07-213-FJP-CN which was dismissed with prejudice on May 14, 2007. Plaintiff did not seek appellate review.

Federal law determines the res judicata effect of a prior federal court judgment. *Meza v. General Battery Corporation*, 908 F.2d 1262 (5th Cir. 1990); *Kurzweg v. Marple*, 841 F.2d 635, 639 (5th Cir. 1988); *Robinson v. National Cash Register Company*, 808 F.2d 1119, 1124 (5th Cir. 1987); *Sidag Aktiengesellschaft v. Smoked Foods Products Company*, 776 F.2d 1270, 1273 (5th Cir. 1985). Four requirements must be met in order to apply res judicata: (1) the parties must be identical in both suits; (2) the prior judgment must have been rendered by a court of competent jurisdiction; (3) there must be a final judgment on the merits; and (4) the same cause of action must be involved in both cases. *Test Masters*

*Educ. Servs., Inc. V. Singh*, 428 F.3d 559 (5th Cir. 2004).

Since the four res judicata requirements are met, the plaintiff's complaint should be dismissed.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed, with prejudice, on the ground of res judicata.

Baton Rouge, Louisiana, _June 21_, 2007.

_____
DOCIA L. DALBY
UNITED STATES MAGISTRATE JUDGE