UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK LEROY MCSMITH

VERSUS

T. JOHNSON

CIVIL ACTION

NO. 07-355-A

## RULING

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 21, 2007 (doc. 4), Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint is hereby dismissed, with prejudice, on the ground of res judicata.

Baton Rouge, Louisiana, July 23, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA